EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Jorge L. Armenteros Chervoni | 2023 TSPR 10

211 DPR ___ |

Número del Caso: TS-12,153

Fecha: 1 de febrero de 2023

Abogada del Sr. Jorge L. Armenteros Chervoni:

    Lcda. Daisy Calcaño López

Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director

Materia: Conducta Profesional – Suspensión inmediata y provisional del ejercicio de la abogacía por ser hallado culpable de un delito que implica depravación moral.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Jorge L. Armenteros Chervoni

TS-12,153

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 1 de febrero 2023.

El Tribunal de Distrito Federal para el Distrito de Puerto Rico celebró un procedimiento criminal contra el Lcdo. Jorge L. Armenteros Chervoni en el caso *United States of America v. Jorge L. Armenteros Chervoni*, Caso criminal Núm. 22-325 (RAM). El 18 de noviembre de 2022, un Jurado lo encontró culpable en cinco (5) cargos relacionados con la introducción de contrabando a una prisión federal, consistente en dos (2) teléfonos celulares y setenta y cinco (75) *Sim Cards*, así como también, de proveer falso testimonio y falsa representación en los formularios preparados por el Negociado Federal Prisiones.[1]

El 30 de noviembre de 2022 emitimos una *Resolución* en la que, entre otras cosas, le concedimos un término de diez (10) días al licenciado Armenteros Chervoni para que mostrara causa por la cual no debíamos suspenderlo provisionalmente del ejercicio de la abogacía y la notaría. Posteriormente, el 30 de enero de 2023, el licenciado Armenteros Chervoni compareció ante nos mediante *Moción en cumplimiento de orden para mostrar causa* en la que destacó su trayectoria profesional y solicitó que la determinación sobre su posible suspensión fuese emitida a mediados de febrero, bajo el argumento de que debe subsanar ciertas deficiencias en su obra protocolar[2] y la mejor manera para así hacerlo era mantenerse activo como abogado.

---

[1] Véase copia del *US Verdict Form* en el caso *US v. Jorge L. Armenteros-Chervoni*, Crim. no. 22-325

[2] El 15 de diciembre de 2022 la Oficina de Inspección de Notarías (ODIN) compareció ante nos mediante una *Moción en*

Al amparo de nuestro poder inherente para reglamentar la profesión y de la Ley de 11 de marzo de 1909, que establece que cuando un abogado es hallado culpable de un delito que implique depravación moral, como lo son los cargos por los que el licenciado Armenteros Chervoni fue encontrado culpable, **se le suspende de manera inmediata y provisional del ejercicio de la abogacía y la notaría**. Lo anterior, en consideración de que este asunto no es final y firme.

Asimismo, se le ordena mantener a este Tribunal informado del estado del proceso penal que se sigue en su contra en el foro federal, comunicándonos cualquier desarrollo que surja de dicho trámite.

También, se le advierte que, de ser el caso, una vez el tribunal federal dicte sentencia condenatoria y esta advenga final y firme, procederemos a suspenderlo indefinidamente del ejercicio de la abogacía y la notaría.

Por otro lado, se le impone el deber de, dentro del término de treinta (30) días, contado a partir de la notificación de esta Resolución, certificarnos que notificó a todos sus clientes de su incapacidad para continuar con su representación, la devolución de los expedientes y los honorarios recibidos por trabajos no rendidos en los casos pendientes y que informó su inhabilidad para ejercer la profesión a los foros judiciales y administrativos en los que tenga un caso pendiente.

Finalmente, se le ordena que continúe con las acciones conducentes a la subsanación definitiva de su obra protocolar.

**Publíquese**.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo

---

*auxilio del Tribunal solicitando incautación preventiva de obra* en la que señaló múltiples deficiencias respecto a la obra protocolar del licenciado Armenteros Chervoni.